## STATE OF CONNECTICUT *v.* EDDIE SCHMIDT

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 665 (AC 26343), is denied.

*Pamela S. Nagy,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided January 24, 2006

## JUDSON BROWN *v.* COMMISSIONER OF CORRECTION*

The petitioner Judson Brown's petition for certification for appeal from the Appellate Court, 92 Conn. App. 382 (AC 24714), is denied.

NORCOTT and PALMER, Js., dissenting. We would grant the petitioner's petition for certification to appeal.

*Sheila A. Huddleston,* in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.